Lawrence Brewster
Acting Regional Solicitor
Pamela W. McKee
Associate Regional Solicitor
**SUSAN SELETSKY**, Attorney (CSBN 176106)
Office of the Solicitor (Sol#0416696)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
    Telephone: (213) 894-4983
    Facsimile:  (213) 894-2064
sol-la@dol.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELAINE L. CHAO**,<br>  Secretary of Labor,<br>  United States Department of Labor,<br><br>      Plaintiff<br>  v.<br><br>**AM-PM SERVICE CO., INC. 401(k) PLAN,**<br>  an employee benefit plan,<br><br>      Defendant. | Case No.: C 06-1220 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has considered the Plaintiff's Motion to Continue the Case Management Conference, and for good cause shown, approves the following Amended Order Setting Case Management Conference and ADR Deadlines:

June 30, 2006    Last Day to: meet and confer re: initial disclosures, early settlement, ADR Process Selection, and discovery plan; file joint ADR Certification and Stipulation to ADR Process or Notice of Need for ADR Phone Conference

| | |
|---|---|
| July 14, 2006 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Joint Case Management Statement and file/serve Rule 26(f) Report |
| July 21, 2006 | CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 7, at 10:30 a.m. |

Plaintiff is hereby ordered to serve a copy of this order on defendant, and to file proof of such service, no later than May 12, 2006.

IT IS SO ORDERED.

Dated: May 9, 2006

_____
United States District Court Judge