IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELAINE L. CHAO,

    Plaintiff,

v.

AM-PM SERVICE CO., INC. 401(k) PLAN,

    Defendants
                                /

No. C-06-1220 MMC

**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT**

    Before the Court is plaintiff's Motion for Judgment by Default, filed and served on defendant by mail June 20, 2006, and noticed for hearing July 14, 2006.

    The hearing on the motion is hereby CONTINUED to July 28, 2006.  See Civil L.R. 7-2(a) (providing motion must be noticed for hearing not less than 35 days after service of motion.)  Any opposition or other response to the motion shall be filed with the Clerk of the Court and served on counsel for plaintiff no later than July 7, 2006.  See Civil L.R. 7-3 (providing opposition or statement of non-opposition shall be filed and served no later than 21 days before hearing).  Any reply shall be filed no later than July 14, 2006.  See id.

    Plaintiff is hereby ORDERED to serve a copy of this order on defendant, and to file proof of such service by June 30, 2006.

    **IT IS SO ORDERED.**

Dated: June 22, 2006

                                              MAXINE M. CHESNEY
                                              United States District Judge