Lawrence Brewster
Acting Regional Solicitor
Pamela W. McKee
Associate Regional Solicitor
**SUSAN SELETSKY**, Attorney (CSBN 176106)
Office of the Solicitor (Sol#0416696)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
    Telephone: (213) 894-4983
    Facsimile:  (213) 894-2064
sol-la@dol.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELAINE L. CHAO**,<br>  Secretary of Labor,<br>  United States Department of Labor,<br><br>        Plaintiff<br>  v.<br><br>**AM-PM SERVICE CO. INC. 401(k) PLAN,**<br>  an employee benefit plan,<br><br>        Defendant. | Case No.: C 06-1220 MMC<br><br>**ORDER REGARDING CASE MANAGEMENT CONFERENCE** |

    The Case Management conference is hereby continued from July 21, 2006 to September 8, 2006.

    SO ORDERED.

Dated: July 7, 2006

                                _/s/ Maxine M. Chesney_
                    United States District Court Judge